IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNENSAIKHAN CHULUUNBAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 1:20-cv-00164 |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC; | ) | Judge Charles P. Kocoras |
| CAVALRY SPV I, LLC; EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC.; | ) | Magistrate Judge Young B. Kim |
| EQUIFAX INFORMATION SERVICES, LLC; | ) | |
| and TRANSUNION DATA SOLUTIONS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL and
TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC (collectively "Cavalry"), by counsel, respectfully request that the Court terminate the appearance of Marielise Fraioli and extend the deadline Cavalry has to submit a reply in support of its motion to dismiss.

1. Marielise Fraioli is one of two attorneys with an appearance on file for Cavalry.

2. Ms. Fraioli is no longer employed by Pilgrim Christakis LLP.

3. Cavalry will continue to be represented by Anna-Katrina S. Christakis.

4. In addition, due to Ms. Fraioli's departure, Cavalry requests a 10-day extension in which to file its reply in support of its pending motion to dismiss, from July 7th to July 17th. Plaintiff has no objection.

WHEREFORE, Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC respectfully request that the Court (1) grant Marielise Fraioli leave to withdraw as one of the attorneys of record in this action and (2) extend the deadline in which they have to reply to their motion to dismiss until July 17, 2020.

> Respectfully submitted,
>
> CAVALRY PORTFOLIO SERVICES, LLC;
> and CAVALRY SPV I, LLC,
>
> By: /s/ Anna-Katrina S. Christakis
> One of their attorneys

Anna-Katrina S. Christakis
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph.: (312) 939-0920
Fax: (312) 939-0983
kchristakis@pilgrimchristakis.com

**CERTIFICATE OF SERVICE**

      Anna-Katrina S. Christakis, an attorney, certifies that on July 1, 2020, she electronically filed the foregoing **Motion to Withdraw as Counsel and to Extend Deadline to File Reply in Support of Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send a notification to all attorneys of record.

                                                        /s/ Anna-Katrina S. Christakis